UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                 Case No. 2:21-po-00041

STEVEN C. VANKESTEREN,

      Defendant.

## **MOTION TO SUPPRESS**

Defendant, Steven C. Vankesteren, by counsel, hereby moves this Honorable Court to (1) suppress all custodial statements taken from Mr. Vankesteren without the benefit of *Miranda*, and (2) suppress all evidence obtained without a search warrant in violation of 16 U.S.C. 706 as set forth in the Memorandum in Support of Motion to Suppress filed contemporaneously herewith.

                                                              **STEVEN C. VANKESTEREN**

                                                      By:___*/s/ Adam M. Carroll*_____
                                                             Of counsel

Adam M. Carroll, Esq.
VSB #68017
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Ph:  (757) 497-6633
Fax:(757)687-3655
acarroll@wolriv.com
*Counsel to Steven C. Vankesteren*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of November 2021, the foregoing Motion to Suppress filed on the EM/ECF system which will generate notices to all registered users, as follows:

Dee Sterling, US Attorney
US Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, VA 23510
P: (757) 323-7627
*Counsel for United States of America*


                                            */s/ Adam M. Carroll*
                                              Adam M. Carroll